Complaint

Lisa Stratton

v.

Rutland County Sheriff
&
City Police Dept
(Copy Attached)

2:15-cv-262

2016 JAN 21 PM 1:30
U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
CLERK
BY DEPUTY CLERK

Sueing in the amount of 3.4 million for Human trafficing of these parties due to Hate Crimes of Housing & employment.

Lisa Stratton
12/17/15

504-247-8606
135 George St
General Delivery
Rutland Vt 05701