U. S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
BY 2/22/20
DEPUTY CLERK

Lisa Stratton
Plaintiff

v.

Rutland County Sheriff & city police
Defendant

Crim. No. 2:15-CV-262
( ____ USC § ____ )

# COMPLAINT

Before ____ Judge Session, ____ USlwt Rutland, VT

The undersigned complainant, being duly sworn, states:

## I.

Complainant is Crime of Humane testing Hate crime duly appointed and acting as such.

## II.

On or about Dec 17, 2015, at 151w st [Rutland] in the US District of Rutland, Vermont List Attached did Hummel testing (Hate crime took place at home also Huely scroud joh, in violation of Title federal Section Civil, United States Code.

## III.

This complaint is based on my personal knowledge of the following facts:
. I obtained personal knowledge of these facts by Abusive Attacks

## IV.

This complaint is further based on my belief that testing Human. The sources of my information as to these facts are Hate crime. The grounds for my belief of these facts are true.

## V.

I further believe that attached, information is a material witness in relation to this charge.

Wherefore, complainant requests that a Summons be issue for the honest on attached list of appearance.

Lisa Stratton

Subscribed and sworn to before me on Feb 18, 2016

US District of Rutland Vermont

504-247-8606
General Delivery
Rutland, VT 05701
135 geode st

Lisa Stratton
2:15-cv-262
-v-
Rutland county sheriff
& City police

## COMPLAINT

### FIRST COUNT

complains against defendant and for a first claim for relief alleges:

- Human trafting
- Attached form
- Several attacks occured
- Attempst muedee

### SECOND COUNT

complains against defendant and for a second claim for relief alleges:

Plaintiff incorporates Paragraphs that mention crimes of Hate And Human teatting of Housing empty of Hatred first count and makes such paragraphs a part of this count.

- Hate crime
- Several attacks occured
- Sueing in the Amount of 3.4 million

Wherefore, plaintiff requests:

Lisa Stratton
Feb 18 2016
504-247-8606
General Delivery
Rutland Vt 05701
135 grove st