AO 450 (Rev. 5/85) Judgment in a Civil Case

## United States District Court
## District of Vermont

| | |
|---|---|
| Lisa Stratton, | : |
| Plaintiff, | : **JUDGMENT IN A CIVIL CASE** |
| v. | : CASE NUMBER: 2:15-cv-262 |
| Rutland County Sheriff's Department, Rutland City Police Department, | : |
| Defendants. | : |

☐ **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order to Show Cause (Document No. 12) filed August 2, 2016, plaintiff was ordered to show cause why her case should not be dismissed for lack of prosecution. Pursuant to the Court's Order (Document No. 15) filed August 15, 2016, this case is hereby DISMISSED for failure to prosecute. In light of the court's inability to contact the Plaintiff, the dismissal is without prejudice.

Date: August 16, 2016

JEFFREY S. EATON
Clerk

/s/ Joanne A. Muir
(By) Deputy Clerk